**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JUAN DIEGO RINCON RINCON,

Petitioner,

v. Case No. 3:26-cv-3062-TJC-LLL

WARDEN, NORTH FLORIDA DETENTION CENTER, et al.,

Respondents.

---

**ORDER**

Petitioner Juan Deigo Rincon Rincon, a citizen of Venezuela, initiated this action through counsel by filing a Petition for Writ of Habeas Corpus (Doc. 1) through which he sought immediate release or a bond hearing. In their response (Doc. 7), the federal Respondents argued that Petitioner had failed to exhaust his administrative remedies but further noted that he was scheduled for a bond hearing before an Immigration Judge ("IJ") on November 17, 2026. That hearing occurred and the IJ denied bond on grounds that Petitioner was a flight risk. Doc. 8 at 10-11. Petitioner filed a reply brief (Doc. 8) arguing that the IJ failed to take into account Petitioner's individual circumstances and requesting leave to amend his Petition to raise challenges to the IJ's decision and/or custody redetermination process.

Upon review of these filings, the Court finds the Petition is due to be denied as moot.[1] If Petitioner wishes to challenge the outcome of the bond hearing, his avenue for relief is filing an appeal with the Board of Immigration Appeals. If Petitioner has a change of circumstances, he can also request a custody redetermination before an IJ.

Accordingly, it is hereby

**ORDERED**:

1. Juan Diego Rincon Rincon's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED AS MOOT**.

2. The Warden's Motion to Dismiss as improper party (Doc. 6) is **terminated**.

3. The Clerk shall **enter judgment** denying the Petition and **close** the file.

[1] Petitioner, who has now received a bond hearing, is not entitled to immediate release. See, e.g., Valiente Perez v. Warden Glades Cnty. Det. Ctr., No. 2:26-cv-2417-KCD-NPM, 2026 WL 2730233, at *1 (M.D. Fla. Sept. 16, 2026) (recognizing that the "comfortable majority position" is that a noncitizen held under 8 U.S.C. § 1226(a) "is entitled to a bond hearing[,] . . . not immediate release") (citation omitted).

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of November, 2026.

Timothy J. Corrigan
TIMOTHY J. CORRIGAN
Senior United States District Judge

s.
Copies:
Counsel of record